# FIRST DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

No. 1D2025-0338
_____

ALQUEDRICK SMITH,

    Appellant,

    v.

STATE OF FLORIDA,

    Appellee.

_____

On appeal from the Circuit Court for Leon County.
Lance Neff, Judge.

July 27, 2026

Per Curiam.

    AFFIRMED.

RAY, WINOKUR, and TREADWELL, JJ., concur.

_____

*Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.*

_____

Jenna Von See and Michael J. Titus, Assistant Regional Conflict Counsel of the Office of Candace K. Brower, Criminal Conflict & Civil Regional Counsel, Tallahassee, for Appellant.

James Uthmeier, Tallahassee, for Appellee.